IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| | ) | |
| | ) | No. 1:17-CR-80-AJT |
| v. | ) | |
| | ) | |
| CHRISTIAN DON'TAE HOOD, | ) | |
| A/K/A "CHRIS HOOD," | ) | |
| A/K/A "BEZZY" | ) | |
| and | ) | |
| ABDUL KARIM BANGURA, JR. | ) | |
| A/K/A "AJ" | ) | |
| Defendants. | ) | |

**GOVERNMENT'S TRIAL EXHIBITS**

The United States of America, by and through its attorneys, Dana J. Boente, United States Attorney for the Eastern District of Virginia, Maureen C. Cain, Assistant United States Attorney, and Kyle Reynolds, Special Assistant United States Attorney, hereby submits its exhibit list.

| Exh. | Description | Offered | Admitted |
| --- | --- | --- | --- |
| | **Documents** | | |
| 1 | Backpage records with title "New funsize babe here ready to play come enjoy this treat daddy" | | |
| 2 | Backpage records with title "New young fun size babe come enjoy this treat" | | |
| 3 | Backpage records with title "Visiting Cali's #1 Exxxotic bombshell Available Now Soon!!" | | |
| 4 | Backpage records with title "Big Booty Freak Fresh In Town Jaw Dropping Bombshell Sexy Discreet Reviewed" | | |

| | | | |
|---|---|---|---|
| 5 | Backpage advertisement dated February 14, 2017 9:07 pm for Dumfries, Triangle, Northern Virginia | | |
| 6 | Backpage advertisement dated February 15, 2017 2:16 am for Dumfries, Triangle, Northern Virginia | | |
| 7 | Backpage advertisement dated February 15, 2017 at 3:16 am for Dumfries, Triangle, Northern Virginia | | |
| 8 | Backpage advertisement dated February 15, 2017 at 5:52 pm for Dumfries, Triangle, Northern Virginia | | |
| 9 | Backpage advertisement dated February 15, 2017 at 7:52 pm for Dumfries, Triangle, Northern Virginia | | |
| 10 | Backpage advertisement dated February 16, 2017 at 8:54 am for Dumfries, Triangle, Northern Virginia | | |
| 11 | Backpage advertisement dated February 16, 2017 at 10:54 am for Dumfries, Triangle, Northern Virginia | | |
| 12 | Backpage advertisement dated February 16, 2017 at 11:50 pm for Dumfries, Triangle, and Northern Virginia | | |
| 13 | Backpage advertisement dated February 17, 2017 at 12:50 am for Dumfries, Triangle, Northern Virginia | | |
| 14 | Backpage advertisement dated February 18, 2017 at 2:40 am for Manassas, Northern Virginia | | |
| 15 | Backpage advertisement dated February 19, 2017 at 6:06 am for Manassas, Northern Virginia | | |
| 16 | Backpage advertisement dated February 19, 2017 at 8:06 am for Northern Virginia, Stafford | | |
| 17 | Backpage advertisement dated February 19, 2017 at 8:46 pm for Northern Virginia, Stafford | | |

| | | | |
|---|---|---|---|
| 18 | Backpage advertisement dated February 20, 2017 at 8:46 pm for Northern Virginia, Stafford | | |
| 19 | Backpage advertisement dated February 20, 2017 at 10:46 pm for Northern Virginia, Stafford | | |
| 20 | Backpage advertisement dated February 21, 2017 at 7:38 pm for District of Columbia, Takoma Park | | |
| 21 | Backpage advertisement dated February 21, 2017 at 11:42 pm for District of Columbia, Takoma Park | | |
| 22 | Backpage advertisement dated February 22, 2017 at 12:42 am for District of Columbia, Takoma Park | | |
| 23 | Backpage advertisement dated February 22, 2017 at 11:16 am for District of Columbia, Takoma Park | | |
| 24 | Backpage advertisement dated February 22, 2017 at 2:16 pm for District of Columbia, Takoma Park | | |
| 25 | Google subscriber information for bigbezzy21stoney@gmail.com | | |
| 26 | Email dated 12/17/16 from Google Community Team to bigbezzy21stoney@gmail.com with subject "Christian get more out of your new Android device" | | |
| 27 | Email dated 1/17/17 7:35 pm from www.backpage.com to bigbezzy21stoney@gmail.com with subject "backpage.com new account: bigbezzy21stoney@gmail.com" | | |
| 28 | Email dated 2/14/17 9:08 pm from support@relay1.backpage.com to bigbezzy21stoney@gmail.com with subject "Move to the Top/Edit/Delete link New young fun size babe come enjoy this treat" | | |

| | | | |
|---|---|---|---|
| 29 | Email dated 2/15/17 12:16 am from support@relay1.backpage.com to bigbezzy21stoney@gmail.com with subject "nove.backpage.com: Move Ad to Top of Listings: (women seeking men): New young fun size babe come enjoy this treat" | | |
| 30 | Email dated 2/15/17 5:52 pm from support@relay1.backpage.com to bigbezzy21stoney@gmail.com with subject "novabackpage.com: Move Ad to Top of Listings: (women seeking men): New young fun size babe come enjoy this treat" | | |
| 31 | Email dated 2/16/17 7:54 am from support@relay1.backpage.com to bigbezzy21stoney@gmail.com with subject "nova.backpage.com: Move ad to Top of Listings: (women seeking men): New young fun size babe come enjoy this treat" | | |
| 32 | Email dated 2/16/17 9:50 pm from support@relay1.backpage.com to bigbezzy21stoney@gmail.com with subject "nova.backpage.com: Move Ad to Top of Listings: (women seeking men): New young fun size babe come enjoy this treat"' | | |
| 33 | Email dated 2/18/17 12:40 am from support@relay1.backpage.com to bigbezzy21stoney@gmail.com with subject "nova.backpage.com: Move Ad to Top of Listings: (women seeking men): New young fun size babe come enjoy this treat" | | |
| 34 | Email dated 2/19/17 6:06 am from support@relay1.backpage.com to bigbezzy21stoney@gmail.com with subject "nova.backpage.com: Move Ad to Top of Listings: (women seeking men): New young fun size babe come enjoy this treat" | | |

| | | | |
|---|---|---|---|
| 35 | Email dated 2/19/17 11:44 am from jbprogrammer@gmail.com via backpage.com to bigbezzy21stoney@gmail.com with subject "backpage response: New young fun size babe come enjoy this treat…" | | |
| 36 | Email dated 2/19/17 from paglio69@yahoo.com via backpage.com to bigbezzy21stoney@gmail.com with subject "backpage response: New young fun sized babe come enjoy this treat" | | |
| 37 | Email dated 2/20/17 8:46 pm from support@relay1.backpage.com to bigbezzy21stoney@gmail.com with subject "nova.backpage.com: Move Ad to Top of Listings: (women seeking men): New young fun size babe come enjoy this treat" | | |
| 38 | Email dated 2/21/17 7:39 pm from support@relay1.backpage.com to bigbezzy21stoney@gmail.com with subject "Move to the Top/Edit/Delete link. New funsize babe here ready to play enjoy this th…" | | |
| 39 | Email dated 2/21/17 9:42 pm from support@relay1.backpage.com to bigbezzy21stoney@gmail.com with subject "dc.backpage.come: Move ad to Top of Listings: (women seeking men): New funsize babe here ready to play come enjoy this treat daddy" | | |
| 40 | Email dated 2/22/17 11:16 am from support@relay1.backpage.com to bigbezzy21stoney@gmail.com with subject "dc.backpage.com: Move Ad to Top of Listings: (women seeking men): New funsize babe here ready to play come enjoy this treat daddy" | | |
| 41 | Email dated 2/23/17 12:40 am from support@relay1.backpage.com to bigbezzy21stoney@gmail.com with subject "nova.backpage.com: Move to top Reminder: (women seeking men): New young fun size babe come enjoy this treat" | | |

| | | | |
|---|---|---|---|
| 42 | Email dated 2/25/17 12:31 am from support@relay1.backpage.com to bigbezzy21stoney@gmail.com with subject "dc.backpage.com: Move to top reminder: (women seeking men): New funsize babe here ready to play come enjoy this treat daddy" | | |
| 43 | Email dated 12/17/16 from help@paxful.com to bigbezzy21stoney@gmail.com with subject "Welcome to Paxful!" | | |
| 44 | Email dated 2/20/17 from help@paxful.com to bigbezzy21stoney@gmail.com at 8:31 pm with subject "You got bitcoins! 0.01921538 BTC received! | | |
| 45 | Email dated 2/20/17 from help@paxful.com to bigbezzy21stoney@gmail.com at 8:19 pm with subject "A trade was cancelled by user" | | |
| 46 | Econolodge Records connected to Mia Guthrie dated 2/12/17-2/14/17 | | |
| 47 | Econolodge Records connected to Cassandra Perry 2/8/17 – 2/21/17 | | |
| 48 | Econolodge Record for Damion Frazier dated 2/14/17 -2/16/17 | | |
| 49 | Comfort Suites hotel record dated 2/16/17 – 2/17/17 | | |
| 50 | Days Inn hotel record dated 2/17/17-2/19/17 | | |
| 51 | Best Western Aquia-Quantico Inn registered to Julius Ravnall 2/18/17-2/21/17 | | |
| 52 | Travelodge Hotel records dated 2/21/17 to 2/22/17 | | |
| 53 | Holiday Inn records dated 2/22/17-2/23/17 in Abdul Bangura's name | | |

| | | | |
|---|---|---|---|
| 54 | Surveillance Footage 2-22-17 Wed 7:12:45 PM | | |
| 55 | Surveillance Footage 2-22-17 Wed 7:19:17 PM | | |
| 56 | Surveillance Footage 2-22-17 Wed 9:30:32 PM | | |
| 57 | Surveillance Footage 2-22-17 Wed 9:30:39 PM | | |
| 58 | Surveillance Footage 2-22-17 Wed 10:06:37 PM | | |
| 59 | Surveillance Footage 2-23-17 Thu 1:33:45 AM | | |
| 60 | Surveillance Footage 2-23-17 Thu 7:01:25 AM | | |
| 61 | Surveillance Footage 2-23-17 Thu 11:04:09 AM | | |
| 62 | Surveillance Footage dated 2-23-17 Thu 11:05:26 AM | | |
| 63 | Sprint Subscriber information for phone number 703-231-7939 | | |
| 64 | Miranda Waiver of Bangura | | |
| 65 | Miranda Waiver of Hood | | |
| 66 | Photo of Mia Guthrie | | |
| 67 | Photo of Julius Irving | | |
| 68 | Christian Hood (Bezzy Da Don) Facebook page | | |
| 69 | Facebook Profile Picture | | |
| 70 | Facebook Picture | | |
| | **Physical Items and Extractions** | | |
| 71 | Alcatel belonging to D.H. | | |
| 72 | Text messages involving "Chris" at 202-590-3921 on Alcatel | | |

| | | | |
|---|---|---|---|
| 73 | Text messages involving "Boo" at 703-231-7939 on Alcatel | | |
| 74 | Phone contacts on Alcatel | | |
| 75 | iPhone 5S belonging to DH | | |
| 76 | Text messages involving "Bezzy" at 202-590-3921 on iPhone 5s | | |
| 77 | Text messages involving "AJ" at 703-231-7939 on iPhone 5s | | |
| 78 | Screenshot photo of text messages involving "Bezzy" on iPhone 5s | | |
| 79 | Screenshot photo of text messages involving "Bezzy on iPhone 5s | | |
| 80 | Screenshot photo of text messages involving "Bezzy on iPhone 5s | | |
| 81 | Screenshot photo of text messages involving "Bezzy on iPhone 5s | | |
| 82 | Screenshot photo of text messages involving "Bezzy on iPhone 5s | | |
| 83 | Screenshot photo of text messages involving "Bezzy on iPhone 5s | | |
| 84 | Screenshot photo of text messages involving "Bezzy" on iPhone 5s | | |
| 85 | Screenshot photo of text messages involving "Bezzy on iPhone 5s | | |
| 86 | Screenshot photo of text messages involving "Bezzy on iPhone 5s | | |
| 87 | Iphone 6s Plus | | |

| | | | |
|---|---|---|---|
| 88 | Text messages between user and "Chris" at 202-590-3921from iPhone 6s Plus | | |
| 89 | Text message dated 2/14/17 and attachment from iPhone 6s Plus | | |
| 90 | IMG_0253.MOV [OBSCENE] from iPhone 6s Plus | | |
| 91 | Screenshot from IMG_0253.MOV [OBSCENE] | | |
| 92 | Screenshot from IMG_0253.MOV | | |
| 93 | Screenshot from IMG_0253.MOV | | |
| 94 | Redacted screenshot from IMG_0253.MOV | | |
| 95 | EXIF data tied to IMG_0253.MOV | | |
| 96 | **iPhone 7** | | |
| 97 | Photos on iPhone 7 | | |
| 98 | Text messages on iPhone 7 | | |
| | **Additional Photos** | | |
| 99 | Missing Person's Flyer | | |
| 100 | Picture of D.H. | | |
| 101 | Photo of Man A | | |
| 102 | Photo of Man B | | |
| 103 | Photo of Man C | | |
| 104 | Photo of Econolodge | | |
| 105 | Photo of Comfort Suites | | |
| 106 | Photo of Days Inn | | |
| 107 | Photo of Best Western | | |
| 108 | Photo of Travelodge | | |

| | | | |
|---|---|---|---|
| | | | |
| 109 | Photo of Holiday Inn | | |
| 110 | Audio Recording of IMG_0253.MOV | | |

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

*_/s/Maureen C. Cain__________*

By: Maureen C. Cain
Assistant United States Attorney
Kyle Reynolds
Special Assistant Unites States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Ave.
Alexandria, VA 22314-5794
Phone: (703) 299-3892
Fax: (703) 299-3980
Email: Maureen.Cain@usdoj.gov
KReynolds@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification to counsel of record.

*/s/Maureen C. Cain*
Maureen C. Cain
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Ave.
Alexandria, VA 22314-5794
Phone: (703) 299-3892
Fax: (703) 299-3980
Email: Maureen.Cain@usdoj.gov